THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher S.
 Cates, Appellant.
 
 
 

Appeal From Cherokee County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2008-UP-422
 Submitted July 1, 2008  Filed July 21,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Harold W. Gowdy,
 III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Christopher
 Scott Cates appeals his guilty plea to lynching and assault and battery of a
 high and aggravated nature.  On appeal, Cates maintains the trial court abused
 its discretion by failing to grant his motion for a separate trial.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Cates appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.